UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MELODIE HUGHES,

    Plaintiff,

v.

COUNTY OF MENDOCINO, et al.,

    Defendants.

Case No. 15-cv-01794-NJV

**ORDER**

Re: Dkt. No. 13

Upon consideration of the Motion to Dismiss (Doc. 13), it is ORDERED that the Case Management Conference currently set for September 15, 2015, is VACATED. The court will reset the Case Management Conference following resolution of the Motion to Dismiss.

In addition, it appears that County of Mendocino and Sheriff Thomas Allman may have failed to serve Plaintiff a copy of their Motion to Dismiss and attendant filings. The court can find no record of a certificate of service on the docket. Defendants are reminded that Plaintiff is *pro se* and is not registered to receive electronic filings. Accordingly, Defendants County of Mendocino and Sheriff Thomas Allman shall serve Plaintiff copies of their Motion to Dismiss and attendant filings by mail and file a certificate of that service by August 12, 2015.

**IT IS SO ORDERED**.

Dated: August 11, 2015

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MELODIE HUGHES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MENDOCINO, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01794-NJV<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Melodie Hughes
3900 N. State Street, #48
Ukiah, CA 95482

Dated: August 11, 2015

　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By: /s/ Robert Illman
　　　　　　　　　　　　　　　　　　　Robert Illman, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable NANDOR J. VADAS