UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MELODIE HUGHES,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF MENDOCINO, et al.,<br><br>    Defendants. | Case No.  15-cv-01794-NJV<br><br>**ORDER TAKING MOTION TO DISMISS UNDER SUBMISSION**<br><br>Re: Dkt. No. 13 |

Defendants County of Mendocino and Sherriff Allman have filed a motion to dismiss which is set for hearing before the court on November 3, 2015. (Doc. 13).  The matter is fully briefed.  Pursuant to Civil Local Rule 7-1(b), the court finds that this matter is appropriate for decision without oral argument and therefore takes the matter under submission.  The matter will be decided on the papers.

Accordingly, the hearing on the Motion is VACATED.

**IT IS SO ORDERED**.

Dated: October 26, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MELODIE HUGHES,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF MENDOCINO, et al.,<br><br>        Defendants. | Case No. 15-cv-01794-NJV<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee of the U.S. District Court, Northern District of California.

That on October 26, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Melodie Hughes
P.O. Box 207
Willits, CA 95490


Dated: October 26, 2015

                      Susan Y. Soong
                      Clerk, United States District Court

                      By:_____
                      Robert Illman, Law Clerk to the
                      Honorable NANDOR J. VADAS

2