UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MELODIE HUGHES,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF MENDOCINO, et al.,<br><br>    Defendants. | Case No.  15-cv-01794-NJV<br><br>**ORDER VACATING CASE MANAGMENT CONFERENCE** |

Upon consideration of the Motion to Dismiss (Doc. 48) filed by Defendants County of Mendocino and Sheriff Thomas Allman, it is ORDERED that the Case Management Conference currently set for January 26, 2016, is VACATED.  The court will reset the conference following the resolution of the pending Motion.

**IT IS SO ORDERED**.

Dated: January 13, 2016

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODIE HUGHES,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF MENDOCINO, et al.,<br><br>    Defendants. | Case No.  15-cv-01794-NJV<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee of the U.S. District Court, Northern District of California.

    That on January 13, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Melodie Hughes  
P.O. Box 207  
Willits, CA 95490

Dated: January 13, 2016

                                                  Susan Y. Soong  
                                                  Clerk, United States District Court

                                                  By:_____  
                                                  Robert Illman, Deputy Clerk to the  
                                                  Honorable NANDOR J. VADAS

United States District Court  
Northern District of California