UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MELODIE HUGHES,

    Plaintiff,

    v.

COUNTY OF MENDOCINO, et al.,

    Defendants.

Case No. 15-cv-01794-NJV

**ORDER REQUIRING PRESERVATION OF EVIDENCE**

On February 16, 2016, Plaintiff filed a motion requesting that a blood sample be held for retesting. (Doc. 53.) If the relevant blood sample exists as of the date of this order, Defendants shall preserve that sample pending further order of this court.

**IT IS SO ORDERED**.

Dated: February 18, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge